UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:09-00008 |
| | ) | JUDGE CAMPBELL |
| CHRISTOPHER LEE JOHNSON | ) | |

ORDER

The hearing on the Superseding Petition (Docket No. 53) currently scheduled for December 31, 2013, is RESCHEDULED for January 2, 2014, at 10:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE